UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SEMYON GRINBLAT, individually and on behalf
of all others similarly situated,

        JUDGMENT
        20-CV-5849-DG-SJB

        Plaintiff,

  v.

WHITE CASTLE SYSTEM, INC.; JOHN
DOE 1–X; and LIMITED LIABILITY
COMPANIES, PARTNERSHIPS,
CORPORATIONS 1–X,

        Defendants.
----------------------------------------------------------------X

        An Order of the Honorable Diane Gujarati, United States District Judge, having been filed on May 13, 2021, adopting the Report and Recommendation of Magistrate Judge Sanket J. Bulsara, dated April 23, 2021, dismissing this action; it is

        ORDERED and ADJUDGED that this action is dismissed.

Dated: Brooklyn, New York
      May 14, 2021

        Douglas C. Palmer
        Clerk of Court

        By:    */s/Jalitza Poveda*
                Deputy Clerk